130 A.3d 1283

Charlotte VINCIGUERRA, Executrix of the Estate of Frank Vinciguerra, Deceased and Charlotte Vinciguerra, Widow in her own right

v.

BAYER CROPSCIENCE INC., as Successor to Amchem Products, Inc., f/k/a Benjamin Foster Company, Bell & Gossett, Brand Insulations, Inc., Certain–Teed Corp., Cleaver–Brooks, a Division of Aqua–Chem, Inc., Crane Co., David Moser, DFT, Inc., Durabla Canada, Ltd., E.I. Dupont Denemours & Company, Foster Wheeler Corporation, Georgia–Pacific Corp., Goodyear Canada, Inc., The Goodyear Tire 7 Rubber Co., Goulds Pumps, Inc., Greene, Tweed & Company, Inc., Grinnell Corporation, Hajoca Corporation, Herman Goldner Co., Inc., Honeywell Inc., Ingersoll Rand Company, John Crane, Inc., Keeler/Dorr–Oliver Boiler Co., Marley Cooling Tower, Metropolitan Life Insurance Co., Owens–Illinois Inc., Pecora Corp., Riley Stoker Corp., Sepco Corporation, Inc., Sid Harvey Industries, Inc., f/k/a Sid Harvey Mid Atlantic Inc., Union Carbide Corp., Warren Pumps, LLC, Weil McLain, a Division of the Marley Co., a Wholly Owned Subsidiary of United Dominion Industries, Inc., Yarway Corporation, Avocet Enterprses, Inc., f/k/a Ventfabrics, Inc., Dap Products, Inc., Duro Dyne Corp., and Tremco Inc.

Petition of Crane Co.

Supreme Court of Pennsylvania.

Feb. 1, 2016.

## ORDER

PER CURIAM.

AND NOW, this 1st day of February, 2016, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Whether, under the Court's recent decision in *Tincher v. Omega Flex, Inc.* *[*628 Pa. 296*]*, 104 A.3d 328 (Pa.2014), a defendant in a strict-liability claim based on a failure-to-warn theory has the right to have a jury determine whether its product was "unreasonably dangerous[?]"

Justice EAKIN did not participate in the consideration or decision of this matter.